# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN CARNEY, Individually and Derivatively, as he is a Shareholder of Oak Square Development Corporation,<br><br>Plaintiff,<br><br>V.<br><br>HOME INSTEAD, Inc., and MARK SIBBERNSEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 8:12CV156<br><br><br><br><br><br><br>ORDER |

Home Instead, Inc. has moved the court for an order permitting the withdrawal of Joseph M. Desmond as its counsel of record. (Filing 26.) Because Home Instead, Inc. will remain represented in this action, the motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw Appearance of Joseph M. Desmond (filing 26) is granted.

2. The Clerk of Court shall terminate the appearance of Joseph M. Desmond for Home Instead, Inc. and shall terminate future notices to Mr. Desmond in this matter.

**DATED May 9, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**