### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **ALAN CARNEY, Individually and Derivatively, as he is a Shareholder of Oak Square Development Corporation,**  )<br>)<br>)<br>)<br>**Plaintiff,**  )<br>)<br>**V.**  )<br>)<br>**HOME INSTEAD, Inc., and MARK SIBBERNSEN,**  )<br>)<br>)<br>**Defendants.**  )<br>) | **8:12CV156**<br><br><br><br>**ORDER** |

Home Instead, Inc. has moved the court for an order permitting the withdrawal of Andrew F. Newton as its counsel of record. (Filing 30.) Because Home Instead, Inc. will remain represented in this action, the motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw Appearance of Andrew F. Newton (filing 30) is granted.

2. The Clerk of Court shall terminate the appearance of Andrew F. Newton for Home Instead, Inc. and shall terminate future notices to Mr. Newton in this matter.

**DATED May 9, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**