## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALan CAREY, Individually and Derivatively, as he is a Shareholder of Oak Square Development Corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:12CV156 |
| V. | ) ) | |
| HOME INSTEAD, Inc., and MARK SIBBERNSEN, | ) ) ) | ORDER |
| Defendants. | ) ) | |

Defendant Mark Sibbernsen has filed a motion requesting that Dawn M. Piccirilli be permitted to withdraw as counsel (filing 34). Upon the representation that Defendant Sibbernsen will remain represented in this matter, the motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw Appearance of Dawn M. Piccirilli (filing 34) is granted.

2. The Clerk of Court shall terminate the appearance of Dawn M. Piccirilli as counsel for Defendant Sibbernsen and shall terminate future notices to her in this matter.

**DATED May 14, 2012.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**