IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ALAN CARNEY, Individually and Derivatively, as he is a Shareholder of Oak Square Development Corporation,<br><br>Plaintiff,<br><br>v.<br><br>HOME INSTEAD, INC., and MARK SIBBERNSEN,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 8:12cv156<br><br><br><br>**SHOW CAUSE ORDER** |

The records of the court show that on May 8, 2012, a letter (#27) was sent to Kenneth I. Gordon, attorney for Plaintiff Alan Carney, from the Clerk of the U. S. District Court, directing that within fifteen (15) days he register for the U.S. District Court of Nebraska's Case Management/Electronic Case Filing System ("System") and register for admission to practice in this court. See NEGenR 1.7(d) or (f) and NEGenR 1.3(a) and (b)(1), respectively.

Mr. Gordon was contacted by this chambers by email on June 14, 2012 and by personal phone message.

As of the date of this order, the attorney has not complied with the request set forth in the letter from the Office of the Clerk, or the request from this chambers.

**IT IS ORDERED**:

1. On or before **July 31, 2012**, Attorney Kenneth I. Gordon is to register to practice in this court and for the ECF System or show cause by written affidavit why he cannot comply with the rules of the court.

2. Failure to comply may result in being stricken as an attorney of record and further notifications in this case will cease.

3. The Clerk is directed to mail a copy of this order to Mr. Gordon.

DATED: July 17, 2012.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge